## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JEFFREY JOEL JUDY,

     Plaintiff,

v.                                Case No: 8:14-cv-591-T-30TGW

AMERICAN FEDERATED TITLE
CORP. and LAND TRUST NO. 2007BL,

     Defendants.

_____

### ORDER OF DISMISSAL

     Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #7).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

     2.    All pending motions are denied as moot.

     3.    The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 8th day of May, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record